**WILLIAM'S RESORT WEAR, INC., and IOWA MUTUAL LIA-BILITY INSURANCE COMPANY v. DOROTHY H. WALKER and FLORIDA INDUSTRIAL COMMISSION.**

36 So. (2nd) 277                                      June Term, 1948
June 18, 1948                                        Special Division B
Rehearing denied July 2, 1948

PER CURIAM:
    Affirmed.

**GULF CO-OPERATIVE MARKETING ASSOCIATION, INC., v. ERN-EST HINTERKOPF.**

36 So. (2nd) 276                                      June Term, 1948
June 18, 1948                                              Division A
Rehearing denied July 2, 1948

PER CURIAM:
    Affrmed.

**COY JONES v. STATE OF FLORIDA**

36 So. (2nd) 448                                      June Term, 1948
June 22, 1948                                              Division B

PER CURIAM:
    Affirmed.

**GEORGE JENKINS v. STATE OF FLORIDA**

36 So. (2nd) 924                                      June Term, 1948
June 22, 1948                                              Division A

PER CURIAM:
    Affirmed.

**MARCELYNN D. SALISBURY v. GEORGE ROBERT SALISBURY**

36 So. (2nd) 448                                      June Term, 1948
June 25, 1948                                              Division B

PER CURIAM:
    Affirmed.

**E. D. VERGARA v. MOTOR FUEL CARRIERS, INC., a Florida cor-poration.**

36 So. (2nd) 448                                      June Term, 1948
June 25, 1948                                              Division B

PER CURIAM:
    Affirmed.